

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-13-00470-CR
### 02-13-00471-CR

JOSE LUIS ACOSTA                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

Our May 15, 2014 order provided in part,

It is further **ORDERED** that this court's bailiff shall hand-deliver this order, along with the original exhibits that are the subject of this order, to [court reporter Sheila] Walker personally.

This court's bailiff has informed this court that he attempted to deliver the exhibits at approximately 4:15 p.m. on Thursday, May, 15, 2014, but court reporter Sheila Walker was not in. This court's bailiff has informed this court that

he attempted to deliver the exhibits at approximately 8:50 a.m. on Friday, May 16, 2014, but the person in court reporter Sheila Walker's office informed him that court reporter Sheila Walker was not and would not be at work that day. Finally, this court's bailiff has informed this court that court reporter Sheila Walker refused to sign for the receipt of the original exhibits at approximately 9:04 a.m. this morning, May 19, 2014. He therefore properly did not release them to her.

Accordingly, it is **ORDERED** that this court's bailiff shall hand-deliver this order, another copy of our May 15, 2014 order, and the original exhibits that are the subjects of these orders, to the trial judge. It is further ordered that the trial judge shall take all means necessary to ensure court reporter Sheila Walker's prompt, personal receipt of the original exhibits, this order, and the additional copy of our May 15, 2014 order. It is further ordered that a document signed by the trial judge evidencing court reporter Sheila Walker's prompt, personal receipt of the original exhibits, this order, and the additional copy of our May 15, 2014 order shall be submitted to this court in a supplemental clerk's record no later than **May 21, 2014**.

Court reporter Sheila Walker's deadline for compliance with our May 15, 2014 order remains **May 27, 2014. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED FOR ANY REASON**.

The clerk of this court shall transmit a copy of this order to court reporter Sheila Walker via certified mail return receipt requested and electronic mail, the

2

attorneys of record, the trial court clerk, and the trial court judge.

DATED May 19, 2014.

/s/ Lee Ann Dauphinot

LEE ANN DAUPHINOT
JUSTICE